IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KY

P1

1983 PRO SE COMPLAINT

5:24-CV-32-JHM

ANTHONY CAIN
VS
SGT NOAH PAGE
OFC LUKE JORNSTEAD
OFC TAYLOR BLACK
COMPREHENSIVE CORRECTIONAL CARE
NURSE PROVIDER LISA SMITH
CALLOWAY COUNTY JAIL

ALL DEFENDANTS SUED OFFICIALLY & INDIVIDUALLY

ACTUAL DAMAGES 500 TRILLION DOLLARS
PUNITIVE DAMAGES 500 TRILLION DOLLARS

EXCESSIVE FORCE & ASSAULT + BATTERY
DELIBERATE INDIFFERENCE TO MY
HEALTH SAFTY & SERIOUS MEDICAL
NEEDS, RETELATION (IIED) INTENTIONAL
INFLICTION OF EMOTIONAL DISTRESS

# COMPLAINT

I'M IN IMMANEANT & IMMEDIATE DANGER IN THE LAST YEAR I HAVE FILED MULTIPLE LAWSUITS AGAINST CALLOWAY COUNTY & ITS STAFF & MEDICAL PROVIDER WKCH NOW DR WILSON WHO OWNED WKCH HAS PUT THAT COMPANY IN BANKRUPCY AND OPEN COMPREHENSIVE CORRECTIONAL CARE AND AGAIN DENIED HEALTH CARE TO ME

ON 2-24-24 AT 8:55 AM I BEGGED FOR HELP AFTER BEING LOCKED IN SEGRAGATION CELL 199 FOR A MONTH FOR A DAILY PRAYER TO PROTECT THE CHILDREN I AM AH MENTAL HEALTH CRISIS I'M A PRE TRIAL DETAINEE THAT CAN'T BE PUNISHED WHEN SGT PAGE TAYLOR BLACK & OFC LUKE JORNISTED CAME TO MY CELL AFTER I REPORTED I NEEDED HELP THAT I'M SUICIDAL I HAD MY HAND ON THE WALL AT THE BACK OF THE CELL I TOLD THEM I HAD A SPINAL CORD INJURY THEY SPRAYED ME IN THE FACE WITH PEPPER SPRAY

THEN TOOK MY TO BOOKING WHERE THEY SHOT ME 2 TIMES WITH AH STUNGUN WHILE I WAS BEGGING THEM FOR HELP AND TELLING THEM I HAD AH SPINAL CORD INJURY THEN THE 3 OF THEM SLAMMED MY DOWN ON MY FACE ON THE CONCRETE AND MY GLASS FLEW OFF I WAS HURT & INJURED THEIR WAS NO MEDICAL STAFF AT CALLOWAY COUNTY JAIL WHICH IS SUPPOSED TO HAVE MEDICAL STAFF 24/7 THEY WRAP ME IN AH RESTRAIN WRAP SO TIGHT IT INFLICTED EVEN MORE PAIN AND TORTURE EXCARBATING THE INJURYS TO MY SPINE LEFT SHOULDER & RIGHT HIP I WAS IN EXTREME PAIN AND STILL AM I WAS TORTURED APROX 3½ HRS IN EXTREME UNBARRABLE PAIN & PHYCOLOGICAL PAIN & SEVERE EMOTIONAL DISTRESS (TIED) THEN INJURED I WAS REMOVED FROM THE WRAP AND PLACED IN AH RESTRAINT CHAIR IN EXTREME UNBEARABLE PHYSICAL PAIN (AFTER BEING ASSAULTED BY THE DEFENDANT) FOR 24 HRS AND TORTURE MORE AND DENIED MENTAL

HEALTH CARE COMPLETLY AND PLACED ON AH SUICIDE WATCH THAT THEY LIED ABOUT 4 NEVER MENTAL HEALTH NEVER CAME THEY WERE NEVER CALLED AND WERE SUPOSED TO BE HEAR IN 4 HOURS AFTER 24 HOURS I WAS REMOVED FROM THE RESTRAINT CHAIR AND AND LEFT IN A CELL ON THE CONCRETE FLOOR INJURED AND IN PAIN TILL LATER WHEN I WAS BROUGHT AH MAT THAT WAS PAPER THEN PART OF THE STUFFING HAD BEEN REMOVED I'VE LAID IN THE CONCRETE FLOOR IN EXTREME PHISICAL PAIN & PHYCOLOGICAL PAIN AND SEVERE EMOTIONAL DISTRESS FOUR 2 DAYS SUFFERING WITH NO MEDICAL CARE & NO MENTAL HEALTH CARE WITH AH DISC BULDGING OUT OF MY SPINE 2DAY 2-26-24 I'VE STILL RECIEVED NO MENTAL HEALTH CARE AT ALL AND SAW NURSE SMYTH WHO DID NOTHING JUST LEFT ME IN EXREME PAIN AND I WAS PUT BACK IN THE ISOLATING CONDITIONS OF CELL 199 HURT SO BADLY IM IN CONSTANT PHISICAL PAIN

& severe psychological pain & emotional distress from my injurys that have gone untreated the defendants all and together have a/h police to protect my health & safty & to provided mental health & medical care to me as a/h pre trial detainee who has a history of mental illness and they have brutally assaulted & tortured under Monell I have connected the policy to the defendant & cited their policy or custom and violation of their policy as the moving force behind my injurys I am victim of the defendants all and together excessive force and assault & battery they have acted with deliberate indifference to my health safty & serious medical needs & violated both constitutional & statutory protections against cruel & unusual punishment inflicting intentionally the wanton intentional infliction of physical pain & physicalogical pain and severe emotional distress with the excessive force & assault

THAT WAS SO BRUTAL THAT IT SHOCKS THE CONSIENSE AND HAS LEFT ME IN CONSTANT PAIN WITH LIFE ALTERING DISIBILITY AND CAUSED THE DEPERVATION OF LIFES NESCCETYS THE DEFENDANTS HAVE ALL AND TOGETHER VIOLATED MY 1ST 4TH 5TH 8TH 14TH AMENDMENT RIGHTS AND LIBERTY INTREST + RETELIATED AGAINST ME FOR THE MULTIPLE LAWSUITS I HAVE FILED AGAINST THE DEFENDANTS THE DEFENDANTS ACTIONS ARE SO OUTRAGOUS INTOLERABLE INTENTIONAL AND RECLESS THAT ISS SADISTIC + MALICOUS AND VIOLATES STANDARDS OF DECENCY + MORAL IN AN CIVILIZED SOSCIETY WHILE ACTING AS AGENTS OF THE STATE OF KY AND UNDER THE COLOR OF LAW

COS 2-26-26

[signature]

ANTHONY CHIN
CCJAIL
310 N 4TH ST
MURRAY KY 42071

JAIL MAIL

RECEIVED
JAMES J. VILT, JR. - CLERK
FEB 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LEGAL MAIL

US COURT CLERK
241 E MAIN ST SUITE 120
BOWLING GREEN KY 42901

42101-217545

VOTE TRUMP